# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| MARCO ANTONIO VARGAS, | ) | No.  CV 09-9047-AHM (AGR) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| ROBERT J. HERNANDEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed.


DATED: May 31, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**